AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Marine Foods Express, LTD. <br><br> *Plaintiff(s)* <br> v. <br> VAI Cloud, LLC & Vormittag Associates, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  2:22 — cv — 03214 (GRB)(AYS) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VAI Cloud, LLC
120 Comac Street, Suite 520
Ronkonkoma, NY 11779

Vormittag Assocites, Inc.
120 Comac Street, Suite 520
Ronkonkoma, NY 11779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Vethan Law Firm, P.C.
820 Gessner Road, Suite 1510
Houston TX 77024
Pervez & Rehman, P.C.
6268 Jericho Turnpike, Ste. 8 Commack NY 11725

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  06/01/2022                                              *Laura Jakubowski*
                                                                *Signature of Clerk or Deputy Clerk*